UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00455

**Equal Employment Opportunity Commission,**
*Plaintiff,*
v.
**K&L Auto Crushers, LLC,**
*Defendant.*

# ORDER

On August 17, 2020, plaintiff Equal Employment Opportunity Commission filed a complaint against defendant K&L Auto Crushers, LLC, alleging violations of the Americans with Disabilities Act. Doc. 1. Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Doc. 4. On February 1, 2021, United States Magistrate Judge John D. Love issued a report recommending that defendant's motion be denied. Doc. 15. The report and recommendation informed the parties of their right to object within 14 days of service. *Id*. Neither party has filed objections to the magistrate judge's report and recommendation in the allotted timeframe.

When there have been no timely objections to a magistrate judge's report and recommendation, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n.*, 79 F.3d 1415, 1420 (5th Cir. 1996) (*en banc*) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to object from 10 to 14 days)). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendations. Defendant's motion to dismiss (Doc. 4) is **denied**.

*So ordered by the court on February 25, 2021.*

---
J. CAMPBELL BARKER
United States District Judge